App. Div.] First Department, November, 1913.

Frederick W. Coon, Appellant, v. James A. Miller, Jr., Respondent.— Judgment and order affirmed, with costs. (See former opinion in *Coon* v. *Miller*, 151 App. Div. 631.) Present—Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Peter Kolbrener, Appellant, v. Herman D. Rob and Louis Baskind, Doing Business as Copartners, etc., Respondents.— Order affirmed, with costs. No opinion. Present—Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Natty Mishkin, Respondent, v. Moritz Weisberger and Others, Appellants.—Judgment affirmed, with costs. No opinion. Present—Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Heidelberg Tower Electric Advertising Company, Respondent, v. No. 1465 Broadway Company and Others, Defendants.—Judgment affirmed, with costs. No opinion. Present—Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.; Ingraham, P. J., dissenting.

Strobridge Lithographic Company, Respondent, v. William A. Brady and Another, Appellants.—Judgment affirmed, with costs. No opinion. Present—Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York ex rel. Cornelius G. Hayes, Relator, v. Rhinelander Waldo, Commissioner of the Police Department of the City of New York and Another, Respondents.— Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements. No opinion. Present—Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Nathan Hasberg, Appellant, v. Picker Brothers, Respondent.— Judgment and order affirmed, with costs. No opinion. Present—Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Augustus R. Keller, Doing Business under the Trade Name and Style of A. R. Keller & Co., Appellant, v. Amvernette M. Crombie, Respondent.— Judgment affirmed, with costs. No opinion. Present—Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Sanitary Fire Proofing and Contracting Company, Appellant, v. Emsworth Construction Company and Another Respondents.—Judgment affirmed, with costs. No opinion. Present—Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

William B. Lawrence, Respondent, v. Montgomery B. Cowperthwait and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present—Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.